**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CR-295-MOC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ELYSSA BREANNE SHUFORD, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 86) filed June 16, 2017. Having carefully considered the motion, the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 86) is **GRANTED**. Defendant's "Motion For Variance" (Document No. 85) shall be sealed and remain under seal until further order of this Court.

Signed: June 19, 2017

David C. Keesler
United States Magistrate Judge